# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELYNDA DUCHMANN and DWAYNE DUCHMANN** | § § § | **PLAINTIFFS** |
| **v.** | § § | **Civil No. 1:23-cv-261-HSO-BWR** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | § § § | **DEFENDANT** |

## FINAL JUDGMENT

In accord with the Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of December, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE